*E-Filed 2/21/14*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| WILLIE WEAVER, | No. C 14-0046 RS (PR) |
| Plaintiff, | **ORDER REOPENING ACTION** |
| v. | |
| THIRD WATCH, | |
| Defendants. | |

This civil rights action was dismissed because plaintiff failed to pay the filing fee or file a complete application to proceed *in forma pauperis* ("IFP").  He has since filed a complete IFP application, which the Court construes as containing a motion to reopen the action.  So construed, it is GRANTED.  The action is REOPENED, and the Clerk is directed to amend the docket accordingly.  The judgment (Docket No. 4) and the order of dismissal (Docket No. 3) are VACATED.  At a later date, the Court will issue an order regarding the claims set forth in the complaint.

**IT IS SO ORDERED**.

DATED: February 21, 2014

RICHARD SEEBORG
United States District Judge

No. C 14-0046 RS (PR)
ORDER OF DISMISSAL